UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ARRINGTON,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT J. HERNANDEZ, Warden,<br><br>    Respondent. | No. CV 09-1421-VBF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 2-8-12

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE